# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:09 CV 201

| | |
|---|---|
| LARRY ALLEN CREASMAN, )<br>)<br>    Plaintiff )<br>)<br>V )<br>)<br>J. C. PENNEY CORPORATION, INC., )<br>)<br>    Defendant ) | **ORDER** |

**THIS MATTER** is before the court on Hayley R. Roper's Application for Admission to Practice *Pro Hac Vice* of Celeste D. Flippen. It appearing that Celeste D. Flippen is a member in good standing with the Texas Bar and will be appearing with Hayley R. Roper, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Hayley R. Roper's Application for Admission to Practice *Pro Hac Vice* (#5) of Celeste D. Flippen is **GRANTED**, and that Celeste D. Flippen is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Hayley R. Roper.

Signed: June 5, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge