# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09 CV 201

| | |
|---|---|
| LARRY ALLEN CREASMAN,     )    | |
|     Plaintiff    )    | |
| V    )    | **ORDER** |
| J.C. PENNEY CORPORATION, INC.,    )    | |
|     Defendant    )    | |

**THIS MATTER** is before the court on Hayley R. Roper's Application for Admission to Practice *Pro Hac Vice* of Karla K. Longoria. It appearing that Karla K. Longoria is a member in good standing with the Texas Bar and will be appearing with Hayley R. Roper, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Hayley R. Roper's Application for Admission to Practice *Pro Hac Vice* (#9) of Karla K. Longoria is **GRANTED**, and that Karla K. Longoria is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Hayley R. Roper.

Signed: August 18, 2009

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge